IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN J. MURPHY, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | NO.  11-4743 |
| RADNOR TOWNSHIP, | : | |
| | : | |
| Defendant. | : | |

## ORDER

   AND NOW, this ____ day of November, 2012, upon consideration of Defendant's Motion for Summary Judgment (Docs. 13 & 15) and Plaintiff's Response in Opposition thereto (Doc. 14), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **GRANTED**.[1]

                                                                BY THE COURT:

                                                                /s/ Petrese B. Tucker
                                                                _____
                                                                Hon. Petrese B. Tucker, U.S.D.J.

---

[1] This Order accompanies a Memorandum Opinion issued by the Court on November ____, 2012.