UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 12-4202

JOHN J. MURPHY,
                Appellant

v.

RADNOR TOWNSHIP

**FILED**

NOV 29 2013

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(D.C. Civ. Action No. 2-11-cv-04743)
District Judge: Honorable Petrese B. Tucker

Submitted Under Third Circuit LAR 34.1(a)
(Submitted: July 8, 2013)

Before: GREENAWAY, JR., SLOVITER, and BARRY, *Circuit Judges*.

AMENDED JUDGMENT

This cause came on to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on July 8, 2013. On consideration whereof, it is now hereby:

ORDERED and ADJUDGED by this Court that the order of the District Court entered on November 6, 2012 is hereby REVERSED and REMANDED for further proceedings. All in accordance with the Opinion of this Court.

ATTEST:

Marcia M. Waldron,
Clerk

Dated: November 19, 2013

```
Costs taxed in favor of Appellant as follows:
Brief:          $  51.60
Appendix:         683.40
Reply Brief:       33.60
Docketing Fee:    450.00
TOTAL:          $1218.60
```

Certified as a true copy and issued in lieu of a formal mandate on  11/29/13

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**

2