IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN J. MURPHY,<br><br>        Plaintiff,<br>  v.<br><br>RADNOR TOWNSHIP,<br><br>        Defendant. | :<br>:<br>:<br>:   CIVIL ACTION<br>:<br>:   NO.  11-4743<br>:<br>:<br>:<br>:<br>: |

### ORDER

      **AND NOW**, this \_\_\_\_ day of December, 2013, **IT IS HEREBY ORDERED AND DECREED** that this matter shall have a **TRIAL DATE CERTAIN** of **February 24, 2013**.


                                                     **BY THE COURT:**

                                                   /s/ Petrese B. Tucker
                                                 _____
                                                 **Hon. Petrese B. Tucker, C. J.**