IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN J. MURPHY    : Civil Action No:  11-04743
            :
    v.      :
            :
RADNOR TOWNSHIP    :

## DEFENDANT RADNOR TOWNSHIP'S SUPPLEMENTAL
## PROPOSED POINT FOR CHARGE

Plaintiff cannot establish liability against a township/municipality based on the motivation of one member, but must show that a majority of the members knew of the improper motive and ratified it.  Tranter v. Crescent Township, 625 F. Supp. 2d 298 (W.D. Pa. 2007) (citing, Holt Cargo Systems, Inc. v. Delaware River Port Authority, 20 F. Supp. 2d 803 (E.D. Pa. 1998).