IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN J. MURPHY                  :        CIVIL ACTION
                                :
        v.                      :
                                :
RADNOR TOWNSHIP                 :        NO. 11-4743

FILED
MAR 0 5 2014
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

CIVIL JUDGMENT

Before the Honorable Petrese B. Tucker, Chief Judge

      AND NOW, this 5th day of March, 2014, in accordance with the jury's verdict,

      IT IS ORDERED that Judgment be and the same is hereby entered in favor of defendant and against plaintiff.

BY THE COURT

ATTEST:

*Michael Owens* (signature)

Michael Owens
Deputy Clerk

Civ 1 (8/80)