IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN J. MURPHY, :<br>:<br>Plaintiff, :<br>v. :<br>:<br>RADNOR TOWNSHIP, :<br>:<br>Defendant. :<br>:<br>: | CIVIL ACTION<br><br>NO. 11-4743 |

**ORDER**

   **AND NOW**, this ____ day of May, 2014, upon consideration of Plaintiff's Motion for New Trial (Doc. 67) and Defendant's Response in Opposition (Doc. 68), **IT IS HEREBY ORDERED AND DECREED** that Plaintiff's Motion is **DENIED**.[1]

                                                             BY THE COURT:

                                                             /s/ Petrese B. Tucker
                                                             _____
                                                             **Hon. Petrese B. Tucker, C. J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated May 21, 2014.